1:16-cv-09476

ATT: bts included

TO: Clerk Office
U.S. District Court

FR: Claude Young #2016-0513117

RE: Amendment to complaint.

**RECEIVED**
MAR 27, 2017
MAR 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I received an order from your court indicating a deadline date. As a result I forwarded my amended complaint in time and have received notification of docket entry.

However, I've recently received information by way of F.O.I.; which reflect the other two officers involved in my complaint. Therefore, I'd like to amend adding their names as defendants:

Star # 14209 ARTURO VILLANUEVA BEAT 2261 A
Star # 9744 DAVID BACHLER Beat 2261 A
1900 W MONTEREY AVE Beat 2212
Chicago, IL.

I, Claude Young, certify. I have served this notice by mailing a copy to the Clerk of the U.S. District Court at 219 So. Dearborn St. and depositing the same in the U.S. mail at 2650 S. California Ave. Chicago, IL. 60608 on 3-21-17, with proper postage prepaid.

Sincerely:
C.Y.

**FINAL APPROVAL**

CB #: 19261047
IR #:
YD #:
RD #: HZ142967
EVENT #: 1603713965

**CHICAGO POLICE DEPARTMENT**
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

## ARREST REPORTING



**OFFENDER**

Name: YOUNG, Claude JR
Res: [redacted]
Unknown
DOB: [redacted] 1959
AGE: 56 years
POB: Illinois
DLN: [redacted]
DL:
ARMED WITH: Unarmed

Beat: 2232

Male
Black
5' 07"
170 lbs
Brown Eyes
Grey/Part Grey Hair
Shaved Hair Style
Dark Brown Complexion

Marks: Tattoo Eagle on Upper Right Arm

**INCIDENT**

Arrest Date: 06 February 2016 20:55
Location: 1035 W 105th St
Chicago, IL 60643
304 - Street
Holding Facility: District 022 Lockup
Resisted Arrest? No

TRR Completed? No
Beat: 2232

Total No Arrested: 1
Dependent Children? No

Co-Arrests
DCFS Ward? No

Assoc Cases

**CHARGES**

1. Offense As Cited: 720 ILCS 550.0/4-A
   CANNABIS - POSSESS LESS THAN 2.5 GRMS
   Class C - Type M
2. Offense As Cited: 720 ILCS 600.0/3.5-A
   PCS - DRUG PARAPHERNALIA - POSSESS
   Class A - Type M

Victim

**RECOVERED NARCOTICS**

| Type | Approx. Weight/Quantity | Units | Estimated Street Value |
|---|---|---|---|
| Suspect Cannabis | 1 | GRAMS | $6.00 |

IR #: 486127

**WARRANT**

NO WARRANT IDENTIFIED

CB #: 19261047

Print Generated By: [redacted]

Page 1 of 5
powered by: CLEAR Technology

06 MAR 2017 03:19

# Chicago Police Department - ARREST Report

CB #: 19261047
YOUNG, Claude JR

## ARREST REPORTING

### VICTIM AND COMPLAINANT (NON-OFFENDER(S))

Name: STATE OF ILLINOIS
Empl: 1900 W Monterey Ave
Chicago, IL
BUS: [redacted]
Beat: 2212
DOB:
Age: years
Comments:
Injured? No  Deceased? No
Hospitalized? No
Treated and Released? No

### ARRESTEE VEHICLE

Vehicle: VEHICLE IMPOUNDED: Yes
2007 Automobile - Chevrolet - Impala - Sedan, 4-Door
Color: Blue (Top) / Blue (Bottom)
Pound#:
Disposition: Towed And Impounded Under Ss#010185
VIN#: [redacted]
Lic#: [redacted]
Inv#:

### Confiscated Properties:

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR YOUNG, Claude Jr, NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include but are not limited to, the following)

EVENT #13965
COURT KEY "L"
NO WANTS, WARRANTS OR INVESTIGATIVE ALERTS
CLEAR LEADS
HAS I.D.
BLACK DISCIPLE/UNK FACTION
NO GIPP
NOT ON PAROLE/PROBATION
IN SUMMARY, BT. 2261A, WHILE ON ROUTINE PATROL, OBSERVED LISTED VEHICLE WITH AN EXPIRED PLATE([redacted]/10-2015/CITATION #006653312414/IMPOUNDED UNDER SS#010185). RO'S APPROACHED ON AN INVESTIGATORY STOP OF THE VEHICLE AND DRIVER/OFFENDER, WHILE CONDUCTING SAID STOP RO'S OBSERVED INSIDE VEHICLE'S CENTER CONSOLE A GREEN SHORT STRAW(COMMONLY USED FOR INGESTING NARCOTICS.) OFFENDER EXITED VEHICLE AND RO'S RECOVERED SAID GREEN STRAW(INVENTORY #13622319) ALONG WITH A HAND ROLLED CIGARETTE CONTAINING A GREEN LEAFY SUBSTANCE SUSPECT CANNABIS(INVENTORY #13622325). OFFENDER PLACED IN CUSTODY AND TRANSPORTED TO THE 022ND DISTRICT FOR PROCESSING. PERSONAL PROPERTY INVENTORY #13622332/13622329.
SEE WC COMMENTS SECTION FOR ADDITIONAL COMMENTS

### COURT INFO

Desired Court Date: 22 March 2016
Branch: 35-5  727 E 111TH ST - Room
Court Sgt Handle? No
Initial Court Date: 07 February 2016
Branch: CBC-1  2600 S CALIFORNIA - Room100
Docket #:

### BOND INFO

BOND INFORMATION NOT AVAILABLE

**Chicago Police Department - ARREST Report**

CB #: 19261047
YOUNG, Claude JR

## ARREST REPORTING

### ATTESTING OFFICER:

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #14209 | VILLANUEVA, A I | 06 FEB 2016 22:39 |
|---|---|---|---|

### ARRESTING OFFICER(S):

| | | | | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #9024 | CARRENO, J | | 2261A |
| 2nd Arresting Officer: | #14209 | VILLANUEVA, A I | | 2261A |

### APPROVING SUPERVISOR:

| Approval of Probable Cause: | #1635 | DOUGHERTY, M P | 06 FEB 2016 22:55 |
|---|---|---|---|

*ARREST COPY*

**Chicago Police Department - ARREST Report**

CB #: 19261047
YOUNG, Claude JR

## ARREST PROCESSING REPORT

**Holding Facility:** District 022 Lockup
**Received in Lockup:** 06 February 2016 23:00
**Prints Taken:** 06 February 2016 23:05
**Palmprints Taken:** Yes
**Photograph Taken:** 06 February 2016 23:09
**Released from Lockup:** 07 February 2016 06:00

**Time Last Fed:**
**Time Called:**     **Phone#:**
**Cell #:**

**Transport Details:** 2PO   2261A   06-FEB-2016 21:03

### VISUAL CHECK OF ARRESTEE

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| | |
|---|---|
| (if female) are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Transgender/intersex/gender non-conforming? | No |
| Deaf/hard of hearing-request interpreter for court? | No |
| Interpreter needed? (indicate language) | No |
| Serious medical problems? | No |
| Serious mental problems? | No |

### ARRESTEE PRESCRIPTION MEDICATION INFORMATION:

| Question | Response | Medical Condition | Next Medication Due |
|---|---|---|---|
| Presently Taking Prescribed Medication? | No | | |

**RETURN TO HOLDING FACILITY COMMENTS:**
**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

### EMERGENCY CONTACT
**Name:** REFUSED

Res:                                    Beat:

### INTERVIEW LOG
NO INTERVIEWS LOGGED

---

Print Generated By:        Page 4 of 5       06 MAR 2017 03:19
powered by: CLEAR Technology

**Chicago Police Department - ARREST Report**

CB #: 19261047
YOUNG, Claude JR

ARREST PROCESSING REPORT

### VISITOR LOG

NO VISITORS LOGGED

### MOVEMENT LOG

MOVEMENT LOG INFORMATION NOT AVAILABLE

### WC COMMENTS

**Watch Commander Comments:**

#1635 Dougherty, Michael P

07 FEB 2016 00:18

Arrestee has documented gang affiliation (CB#18498234), unable to post cash, charged with jailable offense. Per GVRS directives not eligible for department issued I-bond. Will be sent to court for hearing.

### REL w/o CHARGING

DOES NOT APPLY TO THIS ARREST

### ARRESTEE PROCESSING PERSONNEL:

| | | | Beat |
|---|---|---|---|
| Searched By: | | MC CASTER, C | |
| Lockup Keeper: | | YOUNG, B E | |
| Assisting Arresting Officer: | #9744 | BACHLER, D A | 2261A |
| Fingerprinted By: | | MC CASTER, C | |

### APPROVAL PERSONNEL:

| | | | | Beat |
|---|---|---|---|---|
| Final Approval of Charges: | #1635 | DOUGHERTY, M P | 07 FEB 2016 00:02 | |

**CHICAGO POLICE DEPARTMENT**
# ORIGINAL CASE INCIDENT REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C

RD #: HZ142967
Case ID: 10406163 casr201
EVENT #: 1603713965

## INCIDENT — ASSIGNED TO ADMINISTRATIVE PERSONNEL

IUCR: 1811 - Narcotics - Poss: Cannabis 30gms Or Less

2170 - Narcotics - Possession Of Drug Equipment

| | | |
|---|---|---|
| Occurrence Location: | 1035 W 105th St  Chicago IL  304 - Street | Beat: 2232 |
| Occurrence Date: | 06 February 2016 20:55 | |

Unit Assigned: 2261A
RO Arrival Date: 06 February 2016 20:55
# Offenders: 1

## NON-OFFENDER(S) — VICTIM - Government

Name: STATE OF ILLINOIS
1900 W Monterey Ave
Chicago, Illinois
Beat: 2212
Contact Person: P.O. CARRENO, JESSE #9021

Sobriety: Sober
CPD Officer: No

## SUSPECT(S) — Suspect # 1 — In Custody

Name: YOUNG, Claude, JR
Res: [redacted]   Beat: 2232

**Demographics**
Male
Black
5'07,
170 lbs,
Brown Eyes
Grey/Part Grey Hair
Shaved Hair Style
Dark Brown Complexion

DOB: [redacted] 1959
Age: 56 years
Birth Place: Illinois
DLN: [redacted]
Suspected of Using:
Drugs/Narcotics
Vehicle

**Injury Info**
Responding Unit:

## GANG INFO — Incident Related Info

YOUNG, Claude   (Suspect)
Affiliation: MEMBER
Gang Identifications: Other
Gang Name: [redacted]

## VEHICLE

Print Generated By: [redacted]   Page 1 of 2   06-MAR-2017 15:21

RD #: HZ142967

**Chicago Police Department - Incident Report**  RD #: HZ142967

## Vehicle #1

**Vehicle:** 2007 Chevrolet - Impala - Automobile   **Owner:** John Austin
**Color-Top/Bottom:** Blue/Blue   **Style:** Sedan, 4-Door

| Stolen? No | Damaged? No | Destroyed? No | Burned? No | Theft From? No | Recovered? No |
|---|---|---|---|---|---|

**Possessor/User:** YOUNG, CLAUDE JR
**VIN #:** [redacted]   **License Plate #:** [redacted] Illinois - Passenger Car   **Expires:** October-2015
**Towed?** Yes   **Reason:** Narcotics   **Auto Pound:** 10300 S Doty Rd   **Pound Inv. #:** 010185

## Property #1

**Possessor/User:** Young, Claude Jr

**Quantity:** 1   **Used as Weapon?** No
**Inventory #:** 13622319   **Taken/Stolen?** No
**Description:** Short Green Straw Use For Ingesting Narcotics   **Owner:** Claude Young   **Recovered?** Yes
**Property Type:** Drugs/Narcotic Equipment

### Narratives

EVENT #13965 IN SUMMARY, BT. 2261A, WHILE ON ROUTINE PATROL, OBSERVED LISTED VEHICLE WITH AN EXPIRED PLATE([redacted]/10-2015/CITATION #006653312414/IMPOUNDED UNDER SS#010185). RO'S APPROACHED ON AN INVESTIGATORY STOP OF THE VEHICLE AND DRIVER/OFFENDER, WHILE CONDUCTING SAID STOP RO'S OBSERVED INSIDE VEHICLE'S CENTER CONSOLE A GREEN SHORT STRAW(COMMONLY USED FOR INGESTING NARCOTICS.) OFFENDER EXITED VEHICLE AND RO'S RECOVERED SAID GREEN STRAW(INVENTORY #13622319) ALONG WITH A HAND ROLLED CIGARETTE CONTAINING A GREEN LEAFY SUBSTANCE SUSPECT CANNABIS(INVENTORY #13622325). OFFENDER PLACED IN CUSTODY AND TRANSPORTED TO THE 022ND DISTRICT FOR PROCESSING. CHARGES: 720 ILCS 550.0/4-C, 720 ILCS 600.0/3.5-A. COURT INFO: 35-5, 22MAR16, 1430HRS.
- STAR#: 9021 NAME: JESSE CARRENO BEAT: 2261A
- STAR#: 14209 NAME: ARTURO VILLANUEVA BEAT: 2261A
- STAR#: 9744 NAME: DAVID BACHLER BEAT: 2261A

### Personnel

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Reporting Officer | 14209 | [redacted] | VILLANUEVA, Arturo, I | [redacted] | 06 Feb 2016 22:28 | 008 | 2261A |

### IUCR Assocs.

| Victim | IUCR | Crime | Offender |
|---|---|---|---|
| STATE OF ILLINOIS | 1811 | Narcotics - Poss: Cannabis 30gms Or Less | YOUNG Claude JR |
| STATE OF ILLINOIS | 2170 | Narcotics - Possession Of Drug Equipment | YOUNG Claude JR |

Claude Young 20160057311 7
P.O. Box 089862
Chicago, IL 60608

**RECEIVED**
MAR 27 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of the U.S. District Court
219 So. Dearborn Street
Chicago, IL 60604



03/27/2017-87

MAR 24 2017
USPS · SSP & DY