**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Claude Young
v.CPD and Officer Carreno

Case Number: 16 C 9476

An appearance is hereby filed by the undersigned as attorney for:
City of Chicago, Arturo Villanueva and David Bachler

Attorney name (type or print): Julian Johnson

Firm: City of Chicago Department of Law

Street address: 30 North LaSalle Street, Suite 900

City/State/Zip: Chicago/Illinois/60602

Bar ID Number: 6306259
(See item 3 in instructions)

Telephone Number: 312-744-4038

Email Address: julian.johnson@cityofchicago.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.   ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/20/18

Attorney signature: S/ Julian Johnson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015